```
 1  David P. Matthews
    TX No. 13206200
 2  Jason C. Webster
    TX No. 24033318
 3  **MATTHEWS & ASSOCIATES**
    2905 Sackett St.
 4  Houston, TX 77098
    (713) 522-5250
 5  (713) 535-7184 facsimile
    Attorneys for Plaintiffs
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10
11
                                          Case No. 06-6690 CRB
12  IN RE: BEXTRA AND CELEBREX
    MARKETING SALES PRACTICES AND         MDL NO. 1699
13  PRODUCT LIABILITY LITIGATION          District Judge: Charles R. Breyer
14
15  Karen Maher, Individually and on behalf of
    Victor Maher,                         **STIPULATION AND ORDER OF**
16                                        **DISMISSAL WITH PREJUDICE**
                          Plaintiffs,
17
                vs.
18
    Pfizer Inc., et al.
19                        Defendants.
20
21       Come now the Plaintiff, Karen Maher, Individually and on behalf of Victor Maher, and
22  Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil
23  Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to
24  the plaintiff named herein only with each side bearing its own attorneys' fees and costs.
25
26
27
28
                                        -1-
              STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
```

| | | |
|---|---|---|
| DATED: Jan. 12, 2010 | MATTHEWS & ASSOCIATES | |
| | By: _____ | |
| | David P. Matthews | |
| | *Attorneys for Plaintiffs* | |
| | | |
| DATED: Jan. 12, 2010 | DLA PIPER LLP (US) | |
| | By: _____ | |
| | Michelle W. Sadowsky | |
| | *Attorneys for Defendants* | |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 7 2010

_____
Hon. Charles R. Breyer
United States District Court